**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
MUHAMMAD AHMAD ABDALLAH         :
AL ANSI, et al.,                :
                                :
      Petitioners,              :
                                :
      v.                        :    Civil Action No. 08-1923 (GK)
                                :
GEORGE W. BUSH, et al.,         :
                                :
      Respondents.              :
_____:
```

## ORDER

A Motions Hearing was held in this case on July 9, 2009, which took place in open court. Upon consideration of Petitioner Al Ansi's Emergency Motion to Compel Production of Medical Records [Dkt. No. 93], the Government's Opposition [Dkt. No. 95], Petitioner's Reply [Dkt. No. 96], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Petitioner's Motion is **granted in part and denied in part**. Petitioner's counsel is entitled to the medical records in order to provide Petitioner effective access to his counsel, and to allow counsel to provide effective representation to their client and challenge the legality of his detention. See Husayn v. Gates, 588 F. Supp. 2d 7, 10-11 (D.D.C. 2008); Al-Joudi v. Bush, 406 F. Supp. 2d 13, 21, 23 (D.D.C. 2005); Al Odah v. United States States, 346 F. Supp. 2d 1, 6 (D.D.C. 2004).[1] The

_____

[1] This ruling, unlike the issue presented in Al Odah v. United States, 407 F. Supp. 2d 37, 44 (D.D.C. 2005), does not pertain to the conditions of Petitioner's confinement.

Court fully understands the burden that this places upon the medical staff at Guantanamo Bay. Nonetheless, the Court believes that the request is reasonable given the Petitioner's representations about his medical condition, and has been sufficiently narrowed so as to minimize that burden as much as possible. Consequently, it is further

**ORDERED**, that the Government produce by **July 27, 2009,** those medical records related to Petitioner's stomach ulcer and related symptoms (such as vomiting, stomach pain, and diarrhea) during the period from January 2007 to the present, as well as medical records from Petitioner's mid-May, 2009, hospitalization due to chest pains and difficulty breathing to the present.

|  | /s/ |
| --- | --- |
| July 9, 2009 | Gladys Kessler |
|  | United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF